WILLIAM F. LAWRENCE et al., Respondents, *v.* ARVIN W. HARRINGTON et al., Appellants.

In the Matter of Proceedings to Punish for Contempt Sureties on Defendant's Undertaking.

(Argued June 6, 1892; decided June 17, 1892.)

APPEAL from order of the General Term of the Supreme Court in the second judicial department, made May 9, 1892, which affirmed an order of Special Term granting application.

*George B. Wellington* for appellant.

*James M. Hunt* for respondent.

Agree to affirm; no opinion.
All concur.
Order affirmed.

---

In the Matter of the Application of the NEW YORK ELEVATED RAILROAD COMPANY to Acquire Real Estate.

In re CLARKSON et al.

(Argued June 6, 1892; decided June 17, 1892.)

APPEAL from order of the General Term of the Supreme Court in the first judicial department, made February 1, 1892, which affirmed an order of Special Term appointing commissioners of appraisal.

*Henry G. Atwater* for appellant.

*Theodore F. C. Demarest* for respondent.

Agree to affirm on opinion below.
All concur.
Order affirmed.